Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024

**Chapter 13 Case No. 22-18863 / MBK**

William H Frazier

Petition Filed Date: 11/08/2022
341 Hearing Date: 12/08/2022
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $2,500.00 | 89441780 | 01/19/2023 | ($2,500.00) | 89441780 | 01/25/2023 | $500.00 | 77871218535 |
| 01/25/2023 | $500.00 | 77871218524 | 01/25/2023 | $500.00 | 77871218513 | 01/25/2023 | $500.00 | 77871218502 |
| 01/25/2023 | $500.00 | 77871218546 | 02/27/2023 | $2,500.00 | | 03/28/2023 | $2,657.00 | |
| 05/02/2023 | $2,657.00 | | 05/31/2023 | $2,657.00 | | 07/05/2023 | $2,657.00 | |
| 08/03/2023 | $2,657.00 | | 09/01/2023 | $2,657.00 | | 10/03/2023 | $2,657.00 | |
| 10/30/2023 | $2,657.00 | | 12/07/2023 | $2,657.00 | | 01/08/2024 | $2,657.00 | |

**Total Receipts for the Period: $31,570.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $34,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William H Frazier | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,643.00 | $3,643.00 | $0.00 |
| 1 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $27.49 | $0.00 | $27.49 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2014 | Unsecured Creditors | $28,998.25 | $0.00 | $28,998.25 |
| 4 | NEW JERSEY TURNPIKE AUTHORITY | Unsecured Creditors | $460.00 | $0.00 | $460.00 |
| 5 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $388.77 | $0.00 | $388.77 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $430.17 | $0.00 | $430.17 |
| 7 | CARVANA, LLC<br>»» 2016 MAZDA CX-3/ORDER 2/23/23 | Unsecured Creditors | $24,114.62 | $0.00 | $24,114.62 |
| 8 | CREDIT ACCEPTANCE CORPORATION<br>»» 2014 HYUNDAI ELANTRA | Debt Secured by Vehicle | $10.00 | $0.00 | $10.00 |
| 9 | INVESTORS BANK, A DIVISION OF CITIZENS BAN<br>»» P/1 WOODCREST DR/2ND MTG | Mortgage Arrears | $12,860.25 | $2,116.39 | $10,743.86 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» JUDGMENT | Unsecured Creditors | $2,465.34 | $0.00 | $2,465.34 |
| 11 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $372.52 | $0.00 | $372.52 |
| 12 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $691.38 | $0.00 | $691.38 |

**Chapter 13 Case No. 22-18863 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Spring Oaks Capital SPV, LLC<br>»» GENESIS FS CARD SERVICES | Unsecured Creditors | $634.66 | $0.00 | $634.66 |
| 14 | NewRez LLC<br>»» P/1 WOODCREST DR/1ST MTG | Mortgage Arrears | $123,754.08 | $20,366.11 | $103,387.97 |
| 0 | John Zimnis, Esq.<br>»» ORDER 3/9/23 | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,070.00 | Plan Balance: | $122,365.00 ** |
| Paid to Claims: | $26,625.50 | Current Monthly Payment: | $2,657.00 |
| Paid to Trustee: | $2,569.92 | Arrearages: | $147.00 |
| Funds on Hand: | $4,874.58 | Total Plan Base: | $156,435.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**