| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on March 18, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>WILLIAM FRAZIER | |
| Debtors | Case No.:   22-18863<br>Chapter 13<br>Judge:  Kaplan |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 18, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(page 2)**
Debtor: William Frazier
Case No.: 22-18863 MBK
Caption: Order Granting Additional Chapter 13 Fees


The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:


   __x__   through the Chapter 13 Plan as an administrative priority from
           funds on hand
  _____  outside the Plan


The debtor's monthly Plan is modified to require a payment of $2,667 per month for the remaining months to allow for payment of aforesaid fee.