|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** : | |
| **DISTRICT OF NEW JERSEY** : | |
| _____ : | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) : | **Order Filed on March 18, 2024** |
| _____ : | **by Clerk** |
| Law Office Peter Zimnis : | **U.S. Bankruptcy Court** |
| 1245 Whitehorse Mercerville Road : | **District of New Jersey** |
| Suite 412 : | |
| Trenton, NJ 08619 : | |
| (609) 581-9353 : | |
| _____ : | |
| In re: : | |
| WILLIAM FRAZIER : | |
|  : | |
|  : | |
|         Debtors : | |
|  : Case No.:  22-18863 | |
|  : | |
|  : Chapter 13 | |
|  : | |
| _____ : Judge:  Kaplan | |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 18, 2024**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor: William Frazier
Case No.: 22-18863 MBK
Caption: Order Granting Additional Chapter 13 Fees

      The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
    _____   outside the Plan

      The debtor's monthly Plan is modified to require a payment of $2,667 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-18863-MBK
William H Frazier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Mar 18, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William H Frazier, 1 Woodcrest Drive, Mount Holly, NJ 08060-4302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor DLJ MORTGAGE CAPITAL INC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor New Rez LLC dba Shellpoint as Servicer for DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor William H Frazier njbankruptcylaw@aol.com.

Mark A. Roney

on behalf of Creditor Investors Bank  a division of Citizens Bank, N.A. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Regina Cohen

on behalf of Creditor Carvana  LLC rcohen@lavin-law.com, mmalone@lavin-law.com

Sindi Mncina

on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10