UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                               CASE NO.: 22-18863
**CHAPTER 13**

**William H Frazier,**
  **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DLJ Mortgage Capital, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Aleisha C. Jennings
                                            Aleisha C. Jennings
                                            Email: ajennings@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WILLIAM H FRAZIER
1 WOODCREST DRIVE
MOUNT HOLLY, NJ 08060

And via electronic mail to:

LAW OFFICES OF PETER E. ZIMNIS
1245 WHITEHORSE-MERCERVILLE ROAD
SUITE 412
TRENTON, NJ 08619

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
 ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas