**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**IN RE:**
**William H Frazier,**
**Debtor.**
______________________________/

**CASE NO.: 22-18863-MBK**
**CHAPTER 13**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DLJ Mortgage Capital, Inc.
Name of Transferee

Name and Address where notices to Transferee should be sent:
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4869

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
Name of Transferor

Court Claim # (if known): 13-1
Amount of Claim: $317,423.76
Date Claim Filed: 1/17/2023

Phone: 800-365-7107
Last Four Digits of Acct #: 3185

Name and Address where Transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4869

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kimberly Wilson Date: 04/30/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

William H Frazier
1 Woodcrest Drive
Mount Holly, NJ 08060

And via electronic mail to:

John Zimnis
Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, NJ 08619

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Jessica Kerrigan
Jessica Kerrigan
jkerrigan@raslg.com