Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

..............District Of BYk `>ΥfgΥm

In re  William H Frazier              ,     Case No.  22-18863

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  13   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          5/22/2024         .

NEWREZ LLC DBA Shellpoint Mtg. Svc.
Name of Alleged Transferor

DLJ Mortgage Capital, Inc.
Name of Transferee

Address of Alleged Transferor:
NEWREZ LLC DBA Shellpoint Mtg. Svc.
P.O. Box 10826
Greenville, SC 29603

Address of Transferee:
Select Portfolio Servicing, Inc.
PO Box 65250
Salr Lake City, UT 84165-0250

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  5/22/2024

Jeanne A. Naughton
**CLERK OF THE COURT**