| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br>Aleisha C Jennings, Esq. (049302015) | Case No.: 22-18863-MBK<br><br>Chapter: 13<br><br>Hearing Date: June 12, 2024<br><br>Judge: Michael B. Kaplan |
| **In Re:**<br><br>WILLIAM H FRAZIER,<br><br>    Debtor. | |

Order Filed on June 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: June 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor(s): WILLIAM H FRAZIER
Case No.: 22-18863-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

___

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by DLJ Mortgage Capital, Inc., and regarding the following documents:

1. Notice of Mortgage Payment Change. Re: Claim #13 filed on May 08, 2024 on the claims register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.