| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br>Aleisha C Jennings, Esq. (049302015) | Case No.: 22-18863-MBK<br><br>Chapter: 13<br><br>Hearing Date: June 12, 2024<br><br>Judge: Michael B. Kaplan |
| **In Re:**<br><br>WILLIAM H FRAZIER,<br><br>   Debtor. | |

Order Filed on June 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: June 12, 2024**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2

Debtor(s): WILLIAM H FRAZIER
Case No.: 22-18863-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

---

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by DLJ Mortgage Capital, Inc., and regarding the following documents:

1. Notice of Mortgage Payment Change. Re: Claim #13 filed on May 08, 2024 on the claims register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-18863-MBK
William H Frazier                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                               Page 1 of 2
Date Rcvd: Jun 13, 2024                    Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William H Frazier, 1 Woodcrest Drive, Mount Holly, NJ 08060-4302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                              Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor DLJ Mortgage Capital  Inc. ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor DLJ MORTGAGE CAPITAL  INC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor New Rez LLC dba Shellpoint as Servicer for DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 13, 2024 Form ID: pdf903 Total Noticed: 1

John Zimnis
    on behalf of Debtor William H Frazier njbankruptcylaw@aol.com.

Kimberly A. Wilson
    on behalf of Creditor DLJ Mortgage Capital Inc. kimwilson@raslg.com

Mark A. Roney
    on behalf of Creditor Investors Bank a division of Citizens Bank, N.A. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Carvana LLC rcohen@lavin-law.com, mmalone@lavin-law.com

Sindi Mncina
    on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12