Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

### District Of New Jersey

In re William H Frazier,    Case No. 22-18863

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/24/2025.

DLJ Mortgage Capital, Inc.
Name of Alleged Transferor

NewRez LLC d/b/a Shellpoint Mortgage
Name of Transferee

Address of Alleged Transferor:
DLJ Mortgage Capital, Inc.
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Address of Transferee:
NewRez LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 4/25/2025

Jeanne A. Naughton
**CLERK OF THE COURT**