B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re William Frazier, Case No. 22-18863

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Jefferson Capital Systems LLC
Name of Transferee

T-Mobile USA INC
Name of Transferor

Name and Address where notices to transferee should be sent:
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud , MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 5608

Court Claim # (if known): 4
Amount of Claim: 388.77
Date Claim Filed: 11/21/2022

Phone: 877-893-8820
Last Four Digits of Acct. #: 5608

Name and Address where transferee payments should be sent (if different from above):
Jefferson Capital Systems, LLC
PO Box 772813
Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 5608

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mohammedusman Khan (Bankruptcy Specialist Date: 8/20/2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Waiver of Notice of Claim

T-Mobile USA, Inc. ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under one or more of the following names:

T-Mobile
American Infosource
American Infosource LP
American Infosource for T-Mobile USA
American Infosource LP for T-Mobile USA
American Infosource as agent for T-Mobile USA
American Infosource LP as agent for T-Mobile USA
AIS Portfolio Service
AIS Portfolio Service LP
T-Mobile by American Infosource T-
Mobile by American Infosource LP
T-Mobile – American Infosource T-
Mobile – American Infosource LP
T-Mobile USA
T-Mobile USA, Inc.
T-Mobile USA, Inc. – Jefferson Capital Systems, LLC
Jefferson Capital Systems, LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim for Accounts filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim with respect to Accounts. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim for the Accounts.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the ____ day of ______________, 202__.

Transferor: ________________________

DocuSigned by:
Brian Hahn
0A81C2245CEC4F7...

By:______________________________
Name: Brian Hahn
Title: Sr Manager, Technology Sourcing

6/26/2026